No. 02–5380. BRAZLEY *v.* CAIN, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 02–5381. TOMLIN *v.* KANSAS. Ct. App. Kan. Certiorari denied.

No. 02–5382. TAYLOR *v.* BRANTLEY, EXECUTIVE DIRECTOR, MISSISSIPPI COMMISSION ON JUDICIAL PERFORMANCE. C. A. 5th Cir. Certiorari denied.

No. 02–5383. ALVAREZ *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 02–5384. TORRES *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 02–5385. VASSELL *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 02–5386. TATE *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 02–5387. WHITE *v.* COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 02–5388. WHITT *v.* SMITH, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 02–5389. SANDERS *v.* VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 02–5390. REESE *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 02–5391. ROSENKRANS *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 02–5393. RICHARDSON *v.* FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 02–5394. SEARCY *v.* HIGHTOWER, WARDEN, ET AL. C. A. 11th Cir. Certiorari denied.

No. 02–5395. THOMAS *v.* ALAMEIDA, DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 9th Cir. Certiorari denied.